Case 2:18-cr-00041-LGW-BWC   Document 139 (Court only)   Filed 03/18/19   Page 1 of 3

GAS 442 (Rev. 07/17) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Georgia

10513537
1921.0318.0945_B

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
9:51 am, Mar 21, 2019
**JEFFREY P. COLWELL, CLERK**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:18CR00041-004 |
| | ) | |
| | ) | DISTRICT OF CO CASE # 19-mj-00074-STV |
| Kyle Preston Clasby | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kyle Preston Clasby
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

The defendant committed the offenses of second-degree attempted murder, third-degree assault, criminal mischief, obstruction of telephone service, and domestic violence in Pueblo County, Colorado.

Date: 3/18/2019

City and state: Brunswick, GA

*Issuing officer's signature*  Claudette Robinson

*Printed name and title*  Claudette Robinson, Deputy Clerk

### Return

| This warrant was received on *(date)* 03/18/2019, and the person was arrested on *(date)* 03/18/2019 at *(city and state)* Pueblo Colorado |
|---|
| Date: 03/20/2019 |
| *Arresting officer's signature* |
| *Printed name and title*  Michael E. Youngblood, Deputy US Marshal |

PS 8
Rev. 09/07

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
9:52 am, Mar 21, 2019
**JEFFREY P. COLWELL, CLERK**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

DISTRICT OF CO CASE # 19-mj-00074-STV

U.S.A. vs. Kyle Preston Clasby         Docket No. 2:18CR00041-004

### Petition for Action on Conditions of Pretrial Release

COMES NOW Fonda Dixon, probation officer, presenting an official report upon the conduct of defendant, Kyle Preston Clasby, who was placed under pretrial release supervision by the Honorable Benjamin W. Cheesbro, sitting in the court at Brunswick on the 10th day of October, 2018.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant appeared before Your Honor on February 5, 2019, and pled guilty to the offense of conspiracy in violation of 18 U.S.C. § 371, 18 U.S.C. § 64, and 18 U.S.C. § 842(h). He was continued on bond under the conditions previously set.

The defendant has violated the following condition of supervision:

**The defendant must not violate federal, state, or local law while on release.**

On March 11, 2019, the defendant was arrested by the Pueblo County (Colorado) Sheriff's Office. He has been charged with attempted second-degree murder, third-degree assault, criminal mischief, obstruction of telephone service, and domestic violence. Deputies were called to the defendant's residence earlier in the day for a welfare check. The defendant had texted a friend saying "goodbye" and he was sorry he had messed up his life. A deputy made contact with Chelsea Baines, the defendant's girlfriend, who advised he had been drinking heavily that morning and was not home. While the deputy was there, the defendant called Baines and the deputy spoke with him. He would not disclose his location. He called Baines back and called her profane names for calling the police.

At approximately 7:25 p.m. deputies were dispatched to the defendant's residence again. They could hear a female screaming inside and made a forced entry into the residence. Baines came up from the basement and advised the defendant was still in the basement. Deputies had to use force to get the defendant out of a bathroom and into handcuffs. Baines had a swollen left eye and a lump on her forehead. She also had bruising and red marks around her neck. She advised that the defendant came home while she was packing her things and grabbed her by the throat and hair and dragged her around the room. He took her phone and broke it while she was on the phone with 911. He then dragged her down to the basement and choked and punched her.

Honorable Lisa Godbey Wood
RE: Kyle Preston Clasby
2:18CR00041-004
Page 2

PRAYING THAT THE COURT WILL ORDER

The issuance of a warrant and that the defendant appear before the Court to show cause, if any, why his release should not be revoked or why the conditions of his release should not be modified.

Respectfully submitted,

*Fonda Dixon* (signature)

Fonda Dixon
United States Probation Officer

Reviewed by:

*BCC* (signature)

Brad C. Chapman
Supervisory United States Probation Officer

3-13-19
Date

## ORDER OF COURT

The foregoing Petition for Action having been considered by the Court, the following action is hereby ordered:

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

(signature)

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

March 18, 2019
Date